No. 79–1614. RILEY, ADMINISTRATRIX, ET AL. *v.* GOLD-SCHMIDT, SECRETARY OF TRANSPORTATION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–1623. INDIANA & MICHIGAN ELECTRIC CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 79–1642. PATTERSON *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 79–1649. MURRAY ET AL. *v.* ALEXANDER TITLE AGENCY, INC., ET AL. Ct. App. D. C. Certiorari denied.

No. 79–1658. IN RE WALKER. Sup. Jud. Ct. Me. Certiorari denied.

No. 79–1659. DESERT OUTDOOR ADVERTISING, INC. *v.* DEPARTMENT OF TRANSPORTATION OF CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 79–1660. KLEVE *v.* KLEVE. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 79–1664. RENNERT *v.* DUCKWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 79–1666. FLETCHER *v.* CALIFORNIA PORTLAND CEMENT Co., INC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–1671. WARNER ET AL. *v.* SOVEREIGN NEWS CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–1676. WHITE *v.* ARLEN REALTY & DEVELOPMENT CORP. C. A. 4th Cir. Certiorari denied.